**830**

■ LORETTA BARBETTA, an Infant, Appellant, v. PALMA COSTA, Respondent. ANTHONY BARBETTA, Appellant, v. PALMA COSTA, Respondent.— Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ In the Matter of LORETTA V. MAYCHOSS, Doing Business as MARTIN'S RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondent.— Motion granted and case added to calendar for argument on October 26, 1961.

■ NYE AGENCY, INCORPORATED, Appellant, v. REGINALD NEWMAN et al., Respondents.— Motion granted and order dismissing appeal vacated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST JACKSON, Appellant.— Motion granted to conduct appeal simultaneously with argument of appeal in *People* v. *Willie James Robinson*. Respondent directed to file and serve brief on or before November 1, 1961 and cases added to November 1961 Term Calendar.

■ STEVE WILSON, Doing Business as STEVEN MOTOR SALES, Appellant, v. RENATO ASCIONE, Respondent.— Time for filing respondent's brief extended.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS J. ROGGAN, Appellant.— Appeal dismissed for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL EDWARD LEACH, Appellant.— Motion granted and appeal dismissed.

■ WALLIE PONTILLO, Respondent, v. EVA A. PINKOWSKI, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before November 1, 1961.

■ ALBERT GEORGE et al., Appellants, v. JOSEPH WURZ, JR., Doing Business as WURZ TAXI & AMBULANCE SERVICE, Respondent.— Motion granted and order dismissing appeal vacated upon condition records and briefs are filed and served on or before November 1, 1961.

■ KENNETH W. MACAULEY, as Administrator of the Estate of RICHARD K. MACAULEY, Deceased, Respondent v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Appeal dismissed unless records and briefs are filed on or before November 6, 1961.

■ CHAUTAUQUA COUNTY FEDERATION OF SPORTSMENS CLUB, INC., Respondent, v. J. CARL CAFLISCH et al., Appellants. J. CARL CAFLISCH et al., Appellants, v. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMENS CLUB, INC., Respondent.— Order of substitution of parties entered.

# (October 26, 1961)

■ DARRELL SCHIAVI, an Infant, by PETER SCHIAVI, His Guardian ad Litem, et al., Respondents, v. FLORENCE C. REED, as Trustee under the Will of LORIN L. REED, Deceased, Appellant.— All concur, except Williams, P. J., who dissents and votes to grant the motion for summary judgment, on the authority of *Carbone* v. *Mackchil Realty Corp.* (296 N. Y. 154). (Cf. *Mayer* v. *Temple Props.*, 307 N. Y. 559.) (Appeal from order of Genesee Special Term denying defendant's motion for summary judgment.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.